**SEALED**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**v.**

**LARRY LAWSON**

**CRIMINAL COMPLAINT**
**SEALED**
CASE NUMBER: 1:17-mj-0851

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count 1: Between on or about August 7, 2017 and present, in Marion County, in the Southern District of Indiana, LARRY LAWSON falsely assumed or pretended to be an officer or employee acting under the authority of the United States or any department, agency or agent thereof, in violation of 18 U.S.C. § 912.

Count 2: Between on or about August 7, 2017 and present, in Marion County, in the Southern District of Indiana, LARRY LAWSON knowingly and willfully made material false, fictitious or fraudulent statements or representations to federal law enforcement officers, in violation of Title 18 U.S.C. § 1001.

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

Gabriel Guerrero, Deputy United States Marshal,
United States Marshals Service

**Sworn to before me, and subscribed in my presence**

October 4, 2017 at Indianapolis, Indiana
**Date**

Mark J. Dinsmore,
U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Gabriel Guerrero, Criminal Investigator Deputy United States Marshal, U.S. Department of Justice, United States Marshals Service, being duly sworn according to law, depose and state as follows:

### I. AFFIANT BACKGROUND AND AFFIDAVIT PURPOSE

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS), United States Department of Justice. As such, I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests. I have been employed by the USMS since approximately April 2010, and I am currently assigned to the USMS Indianapolis District Office, Indianapolis, Indiana.

2. Prior to joining USMS, I was employed with the San Antonio Police Department (SAPD) in San Antonio, Texas for four months as a police cadet in the San Antonio Police Academy. I joined the USMS shortly after and have been employed as a Deputy United States Marshal (DUSM) for approximately 7 years. I am a graduate of the Criminal Investigator Training Program (CITP) and the Basic Deputy United States Marshal (BDUSM) program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have completed numerous trainings to include: firearms, defensive tactics, criminal investigations, interviewing techniques, executive protection, surveillance techniques, building entry tactics, and more. I have also graduated from the High Risk Fugitive Apprehension training offered by the USMS.

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant charging **LARRY LAWSON ("LAWSON")**, white male, DOB XX/XX/1963, with

impersonation of a federal officer, in violation of Title 18, United States Code, Section 912 and false statements to a federal officer, in violation of Title 18, United States Code, Section 1001:

a. Title 18, United States Code, Section 912 generally prohibits a person from falsely assuming or pretending to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such.

b. Title 18, United States Code, Section 1001 generally prohibits a person from knowingly and willfully making any materially false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the executive, legislative or judicial branch of the Government of the United States.

4. My probable cause is based on the information set forth in the following paragraphs which is either known personally to me, or has been related to me by law enforcement personnel within the Indiana State Police (ISP). The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth each and every fact I have learned during this investigation, but rather is provided solely for the purpose of establishing probable cause in support of the complaint in this matter. The information contained in the following paragraphs is either personally known to me or was told to me by other law enforcement officers.

## II. PROBABLE CAUSE

5. On or about August 7, 2017, law enforcement officers from the Indiana State Police (ISP) were called to assist an investigation at the Indiana State Fairgrounds regarding the

alleged possession and use of counterfeit currency by **LAWSON** and/or others during the Indiana State Fair.

6. During the course of that investigation, **LAWSON** agreed to be interviewed by ISP officers at the ISP Command Center, at the Indiana State Fairgrounds. During that interview, **LAWSON** identified himself as a "U.S. Marshal" to the ISP officers and presented the following items: (1) a Special Deputy United States Marshal's badge; (2) credentials containing the titles of the U.S. Department of Justice the United States Marshals Service (with Lawson's photograph on the document); (3) badge number "2727"; and (4) business cards that stated "Special Deputy United States Marshal, L. W. Lawson." **LAWSON** accompanied these credentials with the verbal declaration that he was a U.S. Marshal.

7. During this time, officers with the ISP were unable to verify the validity of the information provided by **LAWSON** and the legitimacy of the statements of his alleged employment.

8. On August 9, 2017, Deputy U.S. Marshal (DUSM) Guerrero, along with ISP officers, proceeded to **LAWSON's** residence in Indianapolis, Indiana (known to law enforcement but redacted for purposes of this affidavit) in an attempt to speak with **LAWSON**.

9. **LAWSON** agreed to speak to the investigators, and that interview was recorded. During the course of that interview, **LAWSON** acknowledged that he represented himself to be a sworn Special Deputy United States Marshal, both by oral statement and presentation of a badge and credentials, to ISP at the Indiana State Fairgrounds. **LAWSON** later admitted that the badge and credentials were fictitious and that he purchased them online. **LAWSON** further admitted

that he should not have had the badge or used both to identify himself as a Deputy United States Marshal.

10. **LAWSON** was asked about the location of the credentials and badge. **LAWSON** stated that he no longer had the credentials and badge. DUSM Guerrero informed **LAWSON** that he was a federal officer, and by continuing to lie would be a violation of federal law. **LAWSON** continued to provide inconsistent stories as to the location of the badge and credentials.

11. DUSM Guerrero and ISP investigators asked **LAWSON** for permission to enter his residence to look for the badge and credentials. Investigators further stated that they believed it was likely in the nightstands and would agree to only check at that location. **LAWSON** agreed and stated, "Let's do what we got to do."

12. **LAWSON** lead investigators to the bedroom and stated, "You can look in the night stands, because I believe there is a gun in there." In the nightstand to the left of the bed was a small revolver. In the nightstand to the right of the bed was the bottom half of the credentials in question, a Special Deputy United States Marshals badge, a large amount of currency, and a handgun. DUSM Guerrero confronted **LAWSON** regarding his prior statements regarding the location of the badge and credentials. **LAWSON** stated, "I knew you would find it, I knew it was in there." **LAWSON** also acknowledged that he lied to the investigators about not having them.

## III. CONCLUSION

13. Based on the above information, I believe there is probable cause to charge **LARRY LAWSON** with the following violations:

a. **Count 1:** Between on or about August 7, 2017 and present, in Marion County, Indiana, **LAWSON** falsely assumed or pretended to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, in violation of Title 18, United States Code, Section 912; and

b. **Count 2:** Between on or about August 7, 2017 and present, in Marion County, Indiana, **LAWSON** knowingly and willfully made material false, fictitious or fraudulent statements or representations to federal law enforcement officers, in violation of Title 18, United States Code, Section 1001.

Accordingly, I request that a warrant be issued for his arrest pursuant to a criminal complaint.

## IV. REQUEST TO SEAL

14. Because the Investigation is ongoing, I would request the Court to seal the Complaint, Arrest Warrant, and supporting Affidavit in this matter.

FURTHER YOUR AFFIANT SAITH NOT

Gabriel Guerrero
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn before me the 4th day of October, 2017.

HONORABLE MARK J. DINSMORE
United States Magistrate Judge
United States District Court
Southern District of Indiana